FILED•09 OCT 07 16:28USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 09-397-MO |
| v. | INDICTMENT |
| JOSE SANCHEZ-ARCE<br>and<br>HECTOR HERNANDEZ-CONTRERAS, | 18 U.S.C. §§ 111(a)(1) and 111(b) |
| Defendants. | |

THE GRAND JURY CHARGES:

**Count 1**
[Assault on United States Government
Employee - Bodily Injury]

On or about August 28, 2009, in the District of Oregon, **JOSE SANCHEZ-ARCE** and **HECTOR HERNANDEZ-CONTRERAS**, defendants herein, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Darrell Miller, a Senior Correctional Officer with the United States Department of Justice, Federal Bureau of Prisons, while Darrell Miller was engaged in and on account of the performance of his official duties, and that such acts inflicted bodily injury on Darrell Miller, all in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## Count 2
### [Assault on United States Government Employee - Physical Contact]

On or about August 28, 2009, in the District of Oregon, **JOSE SANCHEZ-ARCE** and **HECTOR HERNANDEZ-CONTRERAS**, defendants herein, did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Darrell Miller, a Senior Correctional Officer with the United States Department of Justice, Federal Bureau of Prisons, while Darrell Miller was engaged in and on account of the performance of his official duties, and that such acts involved physical contact with Darrell Miller, all in violation of Title 18, United States Code, Section 111(a)(1).

DATED this 6th day of October 2009.

A TRUE BILL

Presented by:
KENT S. ROBINSON
Acting United States Attorney

SCOTT M. KERIN, OSB #965128
Assistant United States Attorney

Page 2 - Indictment