**DWIGHT C. HOLTON, OSB No. 09054**
United States Attorney
District of Oregon
**SCOTT M. KERIN, OSB No. 965128**
scott.kerin@usdoj.gov
**MICHELLE HOLMAN KERIN, OSB No. 965278**
michelle.kerin@usdoj.gov
Assistant United States Attorneys
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
         Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 09-CR-00397-MO |
| v. | |
| **JOSE SANCHEZ-ARCE** and **HECTOR HERNANDEZ-CONTRERAS,** | **GOVERNMENT'S PROPOSED VERDICT FORM** |
| **Defendants.** | |

## COUNT 1

We the jury, being duly empaneled and sworn, find the defendant, JOSE SANCHEZ-ARCE: _____ NOT GUILTY _____ GUILTY of Assault on United States Government Employee - Bodily Injury as charged in Count 1.


We the jury, being duly empaneled and sworn, find the defendant, HECTOR HERNANDEZ-CONTRERAS: _____ NOT GUILTY _____ GUILTY of Assault on United States Government Employee - Bodily Injury as charged in Count 1.

## COUNT 2

We the jury, being duly empaneled and sworn, find the defendant, JOSE SANCHEZ-ARCE: _____ NOT GUILTY _____ GUILTY of Assault on United States Government Employee - Physical Contact as charged in Count 2.

We the jury, being duly empaneled and sworn, find the defendant, HECTOR HERNANDEZ-CONTRERAS: _____ NOT GUILTY _____ GUILTY of Assault on United States Government Employee - Physical Contact as charged in Count 2.

Dated this \_\_\_\_ day of March, 2011.

_____
PRESIDING JUROR