UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HECTOR HERNANDEZ-CONTRERAS,<br><br>Defendant. | Case No. 09-CR-397-02-MO<br><br>[~~PROPOSED~~] ORDER ON GOVERNMENT'S UNOPPOSED MOTION TO DISMISS |

This matter came before the court on the Government's Unopposed Motion to Dismiss; and the Court being fully advised;

NOW, therefore, it is hereby ORDERED and ADJUDGED that the Indictment filed in this matter against defendant Hector Hernandez-Contreras be dismissed.

DATED this 20 day of May, 2011

THE HONORABLE MICHAEL W. MOSMAN
United States District Court Judge

Presented by:

DWIGHT C. HOLTON
United States Attorney
District of Oregon

/s/ Scott M. Kerin
SCOTT M. KERIN
Assistant United States Attorney

/s/ Michelle Holman Kerin
MICHELLE HOLMAN KERIN
Assistant United States Attorney